# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

Herbert Boykin

| | |
|---|---|
| Case Number: | 4:12CR00068-01-JM |
| USM | 26958-009 |

**Date of Original Judgment:** October 11, 2013

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of     ☐ the defendant     ☐ the Director of the Bureau of Prisons     **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
    60 months **is reduced to 57 months.**

Except as provided above, all provisions of the judgment dated October 11, 2013 will remain in effect.

**IT IS SO ORDERED.**

Order Date: November 4, 2014

_____
United States District Judge

Effective Date: November 1, 2015
  *(If different from order date)*